AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     NEW JERSEY

LEONARD BUTLER

**JUDGMENT IN A CIVIL CASE**

V.

JEFFREY FRETT

Case Number:  99-4367 (RBK)

**X  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The jury having found by a preponderance of the evidence that the defendant Jeffrey Frett had a realistic opportunity to intervene but failed to prevent other officers from using excessive force in violation of plaintiff's constitution rights and that the conduct of defendant Jeffrey Frett proximately caused injuries and/or damages to plaintiff,

**IT ORDERED AND ADJUDGED**

That Judgment be entered in favor of plaintiff Leonard Butler and against defendant Jeffrey Frett in the amount of $1.00.

October 3, 2005
Date

HON. ROBERT B. KUGLER

UNITED STATES DISTRICT JUDGE