(Docket Nos. 77, 78)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| LEONARD BUTLER, SHIRLEY BUTLER, H/W, | : | |
| Plaintiff(s), | : | Civil No. 99-4367 (RBK) |
| v. | : | **ORDER** |
| POLICE OFFICER JEFF FRETT, | : | |
| Defendant. | : | |

THIS MATTER having come before the Court upon (1) Defendant's Motion to Bar Plaintiff from Receiving Attorney's Fees, and (2) Plaintiff's Motion for Attorney's Fees and Costs; and the Court having considered the moving papers and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY **ORDERED** that Defendant's Motion is **DENIED**; and

IT IS FURTHER **ORDERED** that Plaintiff's Motion is **GRANTED in PART** and **DENIED in PART**; and

IT IS FURTHER **ORDERED** that Defendant shall pay to Plaintiff attorney's fees in the amount of $55,656.25 and costs in the amount of $8254.39.

Dated:   6-29-06              s/ Robert B. Kugler
                              ROBERT B. KUGLER
                              United States District Judge